# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO  
CLERK OF COURT

REBECCA BEACH SMITH  
CHIEF JUDGE

November 28, 2012

Brian D. Karth, Clerk  
U.S. District Court  
District of Arizona  
401 W. Washington Street, Suite 130, SPC 1  
Phoenix, Arizona  85003-2118

  Re:  United States v. Bradford Riley Stephenson  
     Our Criminal No. 2:12cr181  
     Your Criminal No. 2:11cr02290

Dear Mr. Karth:

  I am forwarding to you the original Probation Form 22 "Transfer of Jurisdiction" of Probation/Supervised Releasee in the above case. Part Two of the form "Order Accepting Jurisdiction" was entered by the Honorable Mark S. Davis on November 27, 2012.

  All necessary pleadings were obtained from CM/ECF. Please forward a copy of the defendant's payment history. If you wish, you can email it to me at marian_newton@vaed.uscourts.gov.

       Sincerely,

       FERNANDO GALINO, CLERK

    By: *(signature) Marian Newton*  
       Deputy Clerk

Enclosure

Cc:  U.S. Probation, District of Arizona, Phoenix  
   U.S. Probation, Eastern District of Virginia, Norfolk